UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STACY SAMUELSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:13-CV-878-JAR |
| ) | |
| ETHICON, INC., ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

Plaintiff appeared in person and all counsel appeared on April 18, 2014 for a hearing on the Amended Motion for Leave to Withdraw of Andrew G. Toennies, and Lashly & Baer, P.C. (Doc. No. 21) Upon consideration, the motion to withdraw will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that the Amended Motion for Leave to Withdraw of Andrew G. Toennies and Lashly & Baer, P.C. [21] is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **STAYED** for thirty (30) days to allow Plaintiff to seek alternate counsel. Plaintiff shall file an entry of appearance of new counsel or notify the Court of her intent to proceed pro se **no later than Monday, May 19, 2014**.

**IT IS FURTHER ORDERED** that **no later than Wednesday, June 18, 2014**, Plaintiff shall make all disclosures required by Rule 26(a)(1), Fed.R.Civ.P.; supplement and complete her responses to Defendant's First Interrogatories and Requests for Production; disclose her expert witnesses and provide the reports required by Rule 26(a)(2), Fed.R.Civ.P.; provide the requested

authorizations for release of medical information from her health care providers; and appear for and complete her deposition.

**IT IS FURTHER ORDERED** that the deadlines for Defendant's expert disclosure and completion of discovery set forth in the Case Management Order (Doc. No. 13) are extended for thirty (30) days. Defendant shall disclose all expert witnesses and provide reports no later than **August 15, 2014**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **October 1, 2014**. The parties shall complete all discovery in this case no later than **October 15, 2014**.

Dated this 18th day of April, 2014.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE